IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 08-12229 (MFW) |
| WASHINGTON MUTUAL, INC. ET AL | : | BAP No. 15-61 |
| Debtor | : | |

| | | |
|---|---|---|
| HUSSAIN KAREEM, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 15-995 GMS |
| WMI LIQUIDATING TRUST | : | |
| | : | |
| Appellees. | : | |

## ORDER

At Wilmington this ___5th___ day of February, 2016, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 9);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **March 8, 2016.**

_____
UNITED STATES DISTRICT JUDGE